**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03480-RMR

SATBIR DESHWAL,

Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado,
GEORGE VALDEZ, Director of the Denver Denver Field Office, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, U.S. Department of Homeland Security,
TODD BLANCHE, Acting U.S. Attorney General,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No.12] entered by United States District Judge Regina M. Rodriguez on August 7, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 12th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk